# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY M. SEMICK,<br><br>           Plaintiff,<br>vs.<br><br>SHERIFF LEE BACA, et al.,<br><br>           Defendants. | Case No. CV 14-03186-ODW (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that former Sheriff Lee Baca's Motion to Dismiss is granted and that plaintiff's federal civil rights claims against Baca are dismissed without leave to amend and with prejudice; that plaintiff's claims against Deputy Kross are dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m); that the Court declines to exercise supplemental jurisdiction over plaintiff's state law

/ / /

/ / /

1 | claims against Baca and dismisses those claims without prejudice to plaintiff raising
2 | them in state court; and that Judgment be entered dismissing this action accordingly.

Dated: __July 18, 2016

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE