JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY M. SEMICK,<br><br>           Plaintiff,<br>vs.<br>SHERIFF LEE BACA, et al.,<br><br>           Defendants. | Case No. CV 14-03186-ODW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff's federal civil rights claims against defendant Lee Baca are dismissed without leave to amend and with prejudice; that plaintiff's claims against Deputy Kross are dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m); and that the Court declines to exercise supplemental jurisdiction over plaintiff's state law claims against Baca and dismisses those claims without prejudice to plaintiff raising them in state court.

Dated: __July 18, 2016

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE