JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY M. SEMICK,<br><br>          Plaintiff,<br><br>          v.<br><br>SHERIFF LEE BACA, et al.,<br><br>          Defendants. | Case No. 2:14-cv-03186-ODW(SHK)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting the Findings and Recommendation of the United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 11, 2018

                                          HONORABLE OTIS D. WRIGHT
                                          United States District Judge